UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DEBRA PARTRIDGE, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> J.C. PENNY COMPANY, INC., *et al.*, ) <br> ) <br> Defendant. ) <br> _____ ) | 2:11-cv-1236-JCM-RJJ <br><br><br><br> **ORDER** |

IT IS HEREBY ORDERED that the parties shall file a joint Interim Discovery Status Report on November 29, 2011.

IT IS FURTHER ORDERED that the joint Interim Discovery Status Report shall contain the following:

1. Shall identify the discovery that has been completed;
2. Shall identify the discovery that remains outstanding;
3. Shall identify any pending discovery motions; and,
4. Shall detail all attempts to settle the case.

DATED this  10th  day of August, 2011.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge